1   ROBERT E. CAREY, JR., ESQ. (SBN 47556)
    CAREY & CAREY
2   706 COWPER STREET
    P.O. BOX 1040
3   PALO ALTO, CA  94302-1040
    650/328-5510
4   650/853-3632 FAX

5   Attorneys for Defendant
    ALFONSO CONTRERAS-LEON

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
10/14/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR-10-00149 JW |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING TO NOVEMBER 1, 2010 AND EXCLUDING TIME FROM OCTOBER 18, 2010 TO NOVEMBER 1, 2010 UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| ALFONSO CONTRERAS-LEON, | |
| Defendant. | |

The Parties, ALFONSO CONTRERAS-LEON and the UNITED STATES OF AMERICA, acting through their respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for October 18, 2010 at 1:30 pm be vacated, and that the hearing be re-set for November 1, 2010 at 1:30 pm.  The defense is requesting the continuance of the hearing so that it can reply to the reply brief of the UNITED STATES OF AMERICA, which raises new issues, both factual and legal.

The  parties stipulate that the time between October 18, 2010 and November 1, 2010 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. and agree that the requested continuance is necessary so that defense counsel will have reasonable time necessary for effective preparation concerning the issues in the government's reply brief.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best

1  interest of the public and the defendant in a speedy trial and in the prompt
2  disposition of criminal cases 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).
3  ///
4  APPROVED AS TO FORM AND CONTENT:
5
6  _____/S/_____
   ROBERT E. CAREY, JR. Attorneys for
7  Defendant ALFONSO CONTRERAS-LEON
8
9
10 _____/S/_____
   DAVID M. PAXTON, Attorneys for
   Plaintiff UNITED STATES OF AMERICA
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

# [PROPOSED] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for October 18, 2010 at 1:30 pm is vacated, and that the matter is continued to November **15,** 2010 at 1:30 pm.  Further, the Court ORDERS that the time between October 18, 2010 and November **15,** 2010 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The Court finds that the requested continuance is necessary so that defense counsel may have a reasonable time necessary for effective preparation of its reply brief.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The Court therefore concludes that this exclusion of time should be made under §§3161(h)(7)(A) and (B)(iv). On or before **October 25, 2010**, Defendant shall file his Reply.  No further extensions will be granted.

DATED: October 14, 2010

*/s/ James Ware*
JAMES WARE, UNITED STATES DISTRICT COURT JUDGE

3