1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 FAX

5  Attorneys for Defendant
   ALFONSO CONTRERAS-LEON
6

7

IT IS SO ORDERED
AS MODIFIED
*James Ware*
Judge James Ware

4/22/2011

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          CASE NO. CR-10-00149 JW

11              Plaintiff,             STIPULATION FOR JOINT REQUEST
                                       TO CONTINUE HEARING TO
12      vs.                            MAY 23, 2011 AND [PROPOSED]
                                       ORDER RE SAME
13  ALFONSO CONTRERAS-LEON,

14              Defendant.

15

16      The Parties, Plaintiff UNITED STATES OF AMERICA and Defendant

17  ALFONSO CONTRERAS-LEON, hereby stipulate to request that the Court

18  continue the sentencing hearing in this case from May 9, 2011 to May 23, 2011,

19  at 1:30 p.m. before the Honorable James Ware, Judge of the United States

20  District Court for the Northern District of California.   This request for a

21  continuance is necessary so that the Probation Officer will have an opportunity

22  to interview Mr. Contreras-Leon for his judgement and sentence.   Federal

23  Probation Officer Ben Flores is available on that date.

24

25  APPROVED AS TO FORM AND CONTENT:

26

27  _____/s/_____
                 ROBERT E. CAREY, JR. Attorneys for
28               Defendant ALFONSO CONTRERAS-LEON

1

2

3   _____/s/_____
    SUZANNE DeBERRY, Attorneys for
4   Plaintiff UNITED STATES OF AMERICA

5

6   [PROPOSED] ORDER

7          Pursuant to the parties' stipulation and good cause appearing herein, it

8   is hereby ordered that the sentencing hearing for this case shall be continued

9   from May 9, 2011 to **June 6, 2011**        at 1:30 p.m.

10

11  IT IS SO ORDERED.

12

13

14  DATED:  April 22, 2011        _____
                                  JUDGE OF THE UNITED STATES
15                                DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26

27

28