1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 FAX

5  Attorneys for Defendant
   ALFONSO CONTRERAS-LEON
6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        CASE NO. CR-10-00149 JW

11         Plaintiff,                STIPULATION TO CONTINUE
                                     JUDGMENT AND SENTENCING
12     vs.                           TO July 11, 2011 AND
                                     [proposed] ORDER THEREON
13  ALFONSO CONTRERAS-LEON,

14         Defendant.

15

16     Plaintiff UNITED STATES OF AMERICA, through its attorney, SUZANNE DeBERRY, and Defendant ALFONSO CONTRERAS-LEON, through his attorney, ROBERT E. CAREY, JR., hereby stipulate to continue the sentencing hearing in this case from June 6, 2011 to July 11, 2011, at 1:30 p.m.  This request for a continuance is necessary so that the Probation Officer will have an opportunity to interview Mr. CONTRERAS-LEON  and to fully complete his presentence report prior to his judgment and sentence.

   The probation officer, Benjamin Flores, has no objection to this continuance and is available on the new date and time.

   IT IS SO STIPULATED.

   DATED: May 18, 2011          CAREY & CAREY


                                /s/
                                ROBERT E. CAREY, JR. Attorneys for

                           1
   STIPULATION FOR CONTINUANCE OF JUDGMENT AND SENTENCE

|   |   |
|---|---|
| 1 | Defendant ALFONSO CONTRERAS-LEON |
| 2 | DATED:    May 18, 2011                   UNITED STATES OF AMERICA |

/s/
SUZANNE DeBERRY, Attorneys for
Plaintiff UNITED STATES OF AMERICA

ORDER

GOOD CAUSE APPEARING THEREFORE, and based upon the stipulation of the parties, it is hereby ordered that the sentencing hearing date of June 6, 2011 be continued to July 11, 2011 at 1:30 pm.

IT IS SO ORDERED.

DATED: __May 24__, 2011        _/s/ Edward J. Davila_
                                JUDGE OF THE UNITED STATES
                                DISTRICT COURT