1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUZANNE M. DeBERRY (CABN 259455)
   Special Assistant United States Attorney
5      150 South Almaden Boulevard, Suite 900
       San Jose, California 95113
6      Telephone: (408) 535-5588
       Facsimile: (408) 535-5066
7      suzanne.deberry2@usdoj.gov

8  Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,        )    No.   CR 10-00149 EJD
14                                  )
          Plaintiff,                )    STIPULATION AND [~~PROPOSED~~]
15                                  )    ORDER CONTINUING SENTENCING
      v.                            )    FROM JULY 11, 2011 TO SEPTEMBER
16                                  )    12, 2011
   ALFONSO CONTRERAS-LEON,          )
17                                  )
          Defendant.                )
18                                  )
                                    )
19

20     The Parties, Alfonso Contreras-Leon and the United States, acting through respective

21 counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for July

22 11, 2011 at 1:30 p.m. be vacated, and that the hearing be re-set for September 12, 2011 at

23 1:30 p.m..  Defense counsel is requesting the continuance of the hearing for further investigation

24 and defense preparation and government counsel is requesting continuance of the hearing for

25 //

26 //

27 //

28

                                     1

1 | continuity of counsel due to a scheduled trial on the date of July 11, 2011.

3 | DATED: June 28, 2011					MELINDA HAAG
								United States Attorney

								 /s/
								_____
								SUZANNE DeBERRY
								Special Assistant United States Attorney


								 /s/
								_____
								ROBERT CAREY
								Attorney for Defendant

|   |   |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY |
| 3 | ORDERS that the hearing in this matter previously set for July 11, 2011 at 1:30 p.m. is vacated, |
| 4 | and the matter is continued to September 12, 2011 at 1:30 p.m.. |
| 6 | IT IS SO ORDERED. |
| 7 | DATED: June 30, 2011 |
| 8 | EDWARD J. DAVILA<br>UNITED STATES DISTRICT COURT JUDGE |

3